IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| OLIVIA WALLER, | ) | |
| | ) | Case No. 4:03CV00039 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CITY OF DANVILLE, VIRGINIA et al., | ) | |
| | ) | By: Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

Before me are several motions filed by both parties. For the reasons stated in the accompanying Memorandum Opinion, I hereby **GRANT** the Motion for Partial Summary Judgment Motion [69] filed by the defendant officers in their individual capacities.

I **GRANT** Plaintiff's Motion to Strike [80] the statement of Virginia Evans taken by Hugh Wyatt approximately one hour after the incident. I find that this statement was not an excited utterance because it was not made under the stress of excitement caused by the incident.

For the reasons stated on the record, I **GRANT** Plaintiff's Motion to Strike the statement of Virginia Evans taken by Michael Bass and Jack Higginbotham and the statement of Teressa Jennings [80]. I also **GRANT** Defendants' Motion to Strike [87] the statement of Virginia Evans taken by Plaintiff's investigator. Furthermore, I **GRANT** Plaintiff's Motion to Strike the affidavit of Philip Broadfoot [94].

The Clerk is directed to send certified copies of this Order and accompanying Memorandum Opinion to all counsel of record.

Entered this 5th day of July, 2005.

s/Jackson L. Kiser
Senior United States District Judge