IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| OLIVIA WALLER, | ) |
| | ) Case No. 4:03CV00039 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| CITY OF DANVILLE, VIRGINIA et al., | ) |
| | ) By: Jackson L. Kiser |
| Defendants. | ) Senior United States District Judge |
| | ) |

Before me is Document [124] Plaintiff's Motion to Dismiss Eric Tillman and Jason Presley. I hereby **GRANT** Document [124] Plaintiff's Motion to Dismiss Eric Tillman and Jason Presley. It is hereby **ORDERED** that Defendants Eric Tillman and Jason Presley are dismissed from this case without prejudice.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this 22nd day of September, 2005.

s/Jackson L. Kiser
Senior United States District Judge
