IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| OLIVIA WALLER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF DANVILLE, VIRGINIA et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 4:03-CV-00039 <br><br> **ORDER** <br><br> By: Jackson L. Kiser <br> Senior United States District Judge |

Before me is the Defendant's *Motion to Stay Discovery* [127].

Oral argument would not substantially aid the Court, therefore the *Motion* [127] has been decided based on the briefs of the parties. This Court previously limited discovery in this case by an *Order* dated September 29, 2003 [22], and therefore refuses to further limit discovery at this time. For these reasons, the Defendant's *Motion to Stay Discovery [127]* is hereby **DENIED**.

The Clerk is directed to send certified copies of this *Order* to all counsel of record.

Entered this 4th day of November, 2005.

                                                      s/Jackson L. Kiser
                                                      Senior United States District Judge