IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| OLIVIA WALLER, | ) |
| | ) Case No. 4:03CV00039 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| CITY OF DANVILLE, VIRGINIA et al., | ) |
| | ) By: Jackson L. Kiser |
| Defendants. | )     Senior United States District Judge |
| | ) |

Before me is the *Defendant's Motion to Dismiss or for Summary Judgment* [116]. Also before me is the *Plaintiff's Motion to Compel Discovery* [135]. For the reasons stated in the accompanying *Memorandum Opinion*, it is ordered that the *Defendant's Motion to Dismiss or for Summary Judgment* is **granted**, the *Plaintiff's Motion to Compel Discovery* is **dismissed** and this case is struck from the docket of this court.

The Clerk is directed to send certified copies of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 12th day of December, 2005.

s/Jackson L. Kiser<br>
Senior United States District Judge