IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| OLIVIA WALLER, Administrator of the Estate of Rennie Edward Hunt, Jr., deceased, | ) ) ) | Case No. 4:03CV00039 |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| THE CITY OF DANVILLE, VIRGINIA, | ) ) ) | By: Jackson L. Kiser      Senior United States District Judge |
| Defendant. | | |

Before me is Defendant's *Motion for Summary Judgment*.  For the reasons stated in the accompanying *Memorandum Opinion*, I **GRANT** Defendant's *Motion for Summary Judgment*. Judgment is entered for the Defendant, and the Clerk is directed to strike this case from the active docket of this Court .

The Clerk is directed to send a certified copy of this Order and the attached Memorandum Opinion to all counsel of record.

ENTERED this 2nd day of October, 2007.


s/Jackson L. Kiser_____
Senior United States District Judge